474 A.2d 655

Commonwealth v. Maciuska, Appellant.

 Submitted November 18, 1983. James E. O'Brien, Jr., Assistant Public Defender, for appellant; Michael Krushinski, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Judgment of sentence vacated. Case remanded for proceedings consistent with this opinion.

Jurisdiction is relinquished.